**Appeal Dismissed and Memorandum Opinion filed July 23, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00221-CV

### FRED CHIMEREZE IBETO AKA CHIMEREZE IBETO, Appellant

### V.

### SSRR INVESTMENTS LLC, Appellee

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 23-CCV-074036**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 21, 2024. The court reporter indicated on April 11, 2024 that appellant had not requested that the reporter's record be prepared. The clerk's record was filed May 20, 2024. No brief was filed.

On June 13, 2024, we issued an order stating that unless appellant filed a brief on or before July 15, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.